ACCEPTED
01-15-00803-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 3:52:31 PM
CHRISTOPHER PRINE
CLERK

N0. 01-15-00803-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/12/2015 3:52:31 PM

CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT
OF TEXAS AT HOUSTON

## IN THE INTEREST OF A.L.F., D.P.F-A, E.E.F., B.E.H., Jr., and R.F.B., CHILDREN

## T.B.F., APPELLANT

## VS.

## TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, APPELLEE

ON APPEAL FROM
THE 310TH DISTRICT COURT OF
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2014-01773J

## DESIGNATION OF COUNSEL

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

JULIANE P. CROW hereby gives notice that pursuant to an order signed by the trial court on October 6, 2015, she was appointed to represent T.B.F. on appeal in place of STEPHEN PARTEN.

WHEREFORE, JULIANE P. CROW, requests that she be designated as appellant T.B.F.'s attorney of record and that all future correspondent and

documents be served on her at the address, fax number and/or email address listed below.

Respectfully submitted,

**/s/ Juli Crow**
Juli Crow
PO Box 10152
Houston, Texas 77206
Telephone (281) 382-1395
Facsimile (713) 422-2389
State Bar No. 24000653
jpcrow@yahoo.com

ATTORNEY AD LITEM ON
APPEAL FOR
APPELLANT  T.B.F.

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2015, a true and correct copy of the foregoing Appellant's Motion to Abate Appeal was served in accordance with the TRAP.

1. Sandra D. Hachem
   Senior Assistant County Attorney
   1019 Congress Avenue, 15th Floor
   Houston, Texas  77002-1700
   (713) 437-4700 fax

2. William Thursland
   Counsel for Appellant B.J.B.
   440 Louisiana St., Ste 1130
   Houston, Texas 77002
   (713) 655-9035 fax
   WMThursland@hotmail.com

**/s/ Juliane Crow**
Juliane P. Crow